# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN PIERCE,<br><br>    Defendant. | Case No. 3:18-cr-00040-002-SLG |

### ORDER RE MOTION TO AMEND JUDGMENT

Before the Court at Docket 353 is the Government's *Motion to Amend Judgment*. Upon due consideration, the motion is hereby GRANTED. The Clerk shall amend the judgment of conviction to include $15,974.00 in restitution, joint and several with co-defendant Michael Moore, Jr.

DATED this 21st day of February, 2023, at Anchorage, Alaska.

             */s/ Sharon L. Gleason*
             UNITED STATES DISTRICT JUDGE